UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 99-CV-1546-T-30TGW

**HARTFORD ACCIDENT &
INDEMNITY CO., HARTFORD
CASUALTY INSURANCE CO., AND
TWIN CITY FIRE INSURANCE CO.,**

    **Plaintiffs,**

vs.

**BARRY STRUGNELL, as Executor,
etc., et al.,**

_____/

## NOTICE OF RESOLUTION

COME NOW the Plaintiffs, Hartford Accident & Indemnity Co., Hartford Casualty Insurance Co., and Twin City Fire Insurance Co., and Defendant, Donald C. Beaver, the only Defendant who appealed this Court's June 2, 2005 Order, by and through undersigned counsel, and hereby give notice to the Court that this matter has been fully resolved, and that the underlying class action upon which this matter was based has also been fully resolved.

| | |
|---|---|
| *s/ DAVID C. KNAPP* | *s/ CARYL E. DELANO, ESQ.* |
| DAVID C. KNAPP, ESQ. | CARYL E. DELANO, ESQ. |
| Florida Bar No. 0855560 | Florida Bar No. 0040721 |
| Dknapp@cabaniss.net | |
| Cabaniss Smith Toole & Wiggins, PL | Addison & Delano, P.A. |
| *Mailing Address:* | *Mailing Address:* |
| Post Office Box 4924 | P. O. Box 2175 |
| Orlando, Florida 32802-4924 | Tampa, FL 33601-2175 |
| Telephone: (407) 246-1800 | |
| Facsimile: (407) 246-1895 | |
| Attorneys for Plaintiffs | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: Stephanie Gelber, Lustig & Brown LLP, P.O. Box 9077, Buffalo NY 14231.

*s/ DAVID C. KNAPP*
DAVID C. KNAPP, ESQ.
Florida Bar No.: 0855560
Dknapp@cabaniss.net
CABANISS SMITH TOOLE & WIGGINS, PL
*Mailing Address:*
Post Office Box 4924
Orlando, Florida 32802-4924
*Office Location:*
485 N. Keller Road, Suite 401
Maitland, Florida 32751
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
Attorneys for Plaintiffs