## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HARTFORD ACCIDENT AND INDEMNITY COMPANY, et al.,**

    **Plaintiffs,**

v.                                                             Case No. 99-CV-1546-T-30TGW

**BARRY STRUGNELL, as Executor, etc., et al.,**

    **Defendants.**

_____

## ORDER OF DISMISSAL

This case comes before the Court upon a Notice of Resolution (Dkt. #225). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\1999\99-cv-1546.dismissal.wpd